THE STATE OF OHIO, APPELLANT, *v.* MARTIN, APPELLEE.

[Cite as State *v.* Martin (1989), 41 Ohio St. 3d 611.]

(No. 88-12—Submitted February 8, 1989—Decided March 15, 1989.)

*Arthur M. Ney, Jr.,* prosecuting attorney, *Christian J. Schaefer* and *Thomas P. Longano,* for appellant.

*John Wm. McNally* and *Mark J. Byrne,* for appellee.

This cause is dismissed as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

KIRKENDALL ET AL., APPELLEES, *v.* MOTORISTS MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as Kirkendall *v.* Motorists Mut. Ins. Co. (1989), 41 Ohio St. 3d 611.]

(No. 87-1977—Submitted February 8, 1989—Decided March 15, 1989.)

*Koch, Koch & Keister* and *Stephen E. Keister,* for appellees.

*Robert L. Balyeat,* for appellant.

*Sua sponte,* this cause is dismissed as having been improvidently allowed.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

---

MAHONING COUNTY BAR ASSOCIATION *v.* STROBEL.

[Cite as Mahoning Cty. Bar. Assn. *v.* Strobel (1989), 41 Ohio St. 3d 611.]

(No. D.D. 88-34—Submitted February 14, 1989—Decided March 15, 1989.)

Albert Strobel is publicly reprimanded.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.